UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZMH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 3:19-cv-03840-JD<br><br>**ORDER TO SHOW CAUSE** |

On August 19, 2019, defendant San Francisco Unified filed a motion to dismiss plaintiff's complaint. Dkt. No. 15. Plaintiff's opposition to the motion was due by September 2, 2019. On September 10, 2019, San Francisco Unified advised the Court that plaintiff had not filed an opposition or otherwise responded to the motion, which the Court has confirmed. Dkt. No. 16. The hearing on the motion to dismiss, which was set for October 10, 2019, at 10:00 a.m., is vacated.

Plaintiff is ordered to show cause, in writing, why the Court should not dismiss this case for failure to prosecute. Plaintiff's response must be filed by September 27, 2019.

**IT IS SO ORDERED.**

Dated: September 13, 2019

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZMH,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 19-cv-03840-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 16, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

ZMH
650 Eddy Street, Unit 207
San Francisco, CA 94109


Dated: September 16, 2019

                                        Susan Y. Soong
                                        Clerk, United States District Court


                                        By: /s/ Lisa R. Clark
                                        LISA R. CLARK, Deputy Clerk to the
                                        Honorable JAMES DONATO