UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZMH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No.  3:19-cv-03840-JD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 52 |

Plaintiff ZMH is a minor and lacks the capacity to sue on his own. *Johns v. Cty of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997). The Court appointed his mother as guardian ad litem, and she is attempting to litigate the case on ZMH's behalf. Dkt. No. 26. The guardian is not represented by an attorney, and our circuit has determined that "a parent or guardian cannot bring an action on behalf of a minor child without retaining a lawyer." *Id*. Consequently, the case is dismissed without prejudice to filing a new action as circumstances permit. *Id*. at 877-78.

**IT IS SO ORDERED.**

Dated: February 1, 2021

_____
JAMES DONATO
United States District Judge